**HAROLD M. HOFFMAN**
ATTORNEY AND COUNSELOR AT LAW

240 GRAND AVENUE  Tel  + 1 201 410 8223
ENGLEWOOD, NEW JERSEY 07631-4352

Member: New Jersey & New York Bars   hoffman.esq@verizon.net

May 9, 2024

<u>*VIA ECF*</u>

Honorable Thomas S. Hixson, U.S.M.J.
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**   *KEEGAN V. LEE, et al.*;  3:24-cv-01698-TSH

Honorable Magistrate Judge Hixson:

    I am counsel for Plaintiff, having been admitted *pro hac vice*.

    I am pleased to report that this matter has been resolved by agreement of the parties. Counsel are presently exchanging settlement documents and we anticipate that a Stipulation of Dismissal, with Prejudice, will be filed shortly.

Respectfully yours,

*/s/ Harold M. Hoffman*

Harold M. Hoffman

cc: All Counsel via ECF