UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN KEEGAN, individually and on behalf of those similarly situated,

    Plaintiff,

-against-

MICHAEL LEE, TRAVIS MYERS, and MIHON CORP.,

    Defendants.

Case Number: 3:24-cv-01698-TSH

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff hereby dismisses the within action, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., with prejudice and with each party to bear their own fees and costs. Putative class claims are dismissed without prejudice.

Dated: May 20, 2024

/s/ HAROLD M. HOFFMAN, ESQ.
ATTORNEY FOR PLAINTIFF
ADMITTED *PRO HAC VICE*
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 410-8223
hoffman.esq@verizon.net